U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAR 19 2026

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta

(USAO: 2026R00247)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:     Fulton

DISTRICT COURT NO.     1:26-cr-0122

MAGISTRATE CASE NO.

| Indictment | X Information | Magistrate's Complaint |
|---|---|---|
| DATE: | DATE: March 19, 2026 | DATE: |

UNITED STATES OF AMERICA
vs.
LUTHER DAVIS

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

### Defendant Information:

Is the defendant in custody?     Yes   X No

Will the defendant be arrested pending outcome of this proceeding?    X Yes   No

Is the defendant a fugitive?     Yes   X No

Has the defendant been released on bond?     Yes   X No

Will the defendant require an interpreter?     Yes   X No

District Judge:

Attorney:  C. Brock Brockington

Defense Attorney: