IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

    *v.*

LUTHER DAVIS

Criminal Action No.

1:26-cr-00122-SDG

## NOTICE OF ENTRY OF APPEARANCE OF GOVERNMENT FORFEITURE COUNSEL

Assistant United States Attorney Sekret T. Sneed herein files notice of her appearance in the above-styled case, and respectfully requests that she be added as counsel of record for the United States for asset forfeiture-related issues.

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*

/s/SEKRET T. SNEED
    *Assistant United States Attorney*
Georgia Bar No. 252939
sekret.sneed@usdoj.gov
*600 U.S. Courthouse*
*75 Ted Turner Drive S.W.*
*Atlanta, GA 30303*
*(404) 581-6000   fax (404) 581-6181*