IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

LUTHER DAVIS

Criminal Action No.

1:26-cr-00122-SDG

## <u>NOTICE OF FILING LIS PENDENS RE: FORFEITURE</u>

NOTICE IS HEREBY GIVEN that on April 2, 2026, the attached Notice of Lis Pendens Re: Forfeiture was recorded with Clerk of Superior Court of Fulton County, Georgia.

Dated: April 13, 2026

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*

/s/SEKRET T. SNEED
*Assistant United States Attorney*
Georgia Bar No. 252939
sekret.sneed@usdoj.gov

600 U.S. Courthouse  75 Ted Turner Drive SW   Atlanta, GA 30303
(404) 581-6000  *fax* (404) 581-6181

Deed Book 68893 Page 468
Filed and Recorded 04/02/2026 08:16:00 A
2026-0119745
CHÉ ALEXANDER
Clerk of Superior Court
Fulton County, GA

RE:    **PROPERTY CURRENTLY OR FORMERLY OWNED BY DANSELLAS JACKSON ENTERPRISES, LLC**

**PLEASE RETURN TO:**
**SEKRET T. SNEED**
**ASSISTANT U.S. ATTORNEY**
**600 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE SW**
**ATLANTA, GEORGIA 30303**

**PLEASE CROSS-REFERENCE TO THAT WARRANTY DEED RECORDED AUGUST 4, 2020, IN BOOK 62053, PAGE 81, FULTON COUNTY, GEORGIA LAND RECORDS**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

LUTHER DAVIS

Criminal Action No.

1:26-cr-00122-SDG

## NOTICE OF LIS PENDENS RE: FORFEITURE

NOTICE IS HEREBY GIVEN that a Criminal Information was filed, charging the above-named Defendant with violations of 18 U.S.C. §§ 371 and 1028A(a)(1), and alleging in the forfeiture provision that the following real property:

Deed Book 6893 Page 469
CHE ALEXANDER
Clerk of Superior Court

## 170 STONEWYCK PLACE, ROSWELL, GEORGIA 30076
### [Tax Parcel ID No.: 12-2640-0680-125-9]

ALL that or parcel of land lying and being in Land Lots 660 and 681 of the 1st District, 2nd Section of Fulton County, Georgia, being Lot 12, Stonewyck Subdivision, as per plat recorded in Plat Book 312, page 123, Fulton County, Georgia Records, which plat is incorporated herein by this reference and made a part of this description.

titled in the name of **Dansellas Jackson Enterprises, LLC** together with all appurtenances thereto, improvements thereon, furnishings and fixtures, is subject to forfeiture to the United States of America under the provisions of 18 U.S.C. § 981(a)(1)(C).

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the above-described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subject to the Indictment, except as provided by the provisions of 21 U.S.C. § 853(n), following the entry of a preliminary order of forfeiture.

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*

/s/SEKRET T. SNEED
   *Assistant United States Attorney*
Georgia Bar No. 252939
sekret.sneed@usdoj.gov